**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAMACA BELL, individually and on behalf of all similarly situated individuals, ) ) ) ) ) *Plaintiff*, ) ) v. ) ) SDH SERVICES WEST, LLC, a Delaware limited liability company, and SODEXO AMERICA, LLC, a Delaware limited liability company, ) ) ) ) ) ) *Defendants.* ) | No. 20-cv-03181<br><br>Hon. Sara L. Ellis |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tamaca Bell ("Plaintiff") hereby voluntarily dismisses this action without prejudice.

1. On May 29, 2020, Defendants SDH Services West, LLC and Sodexo America, LLC ("Defendants") removed this action to this Court from the Circuit Court of Cook County, Illinois. (Dkt. 1).

2. On July 10, 2020, Defendants filed their Motion to Stay this case pending resolution of several appeals before the Illinois Appellate Court. (Dkt. 17).

3. On August 27, 2020, the Court granted Defendants' Motion to Stay. (Dkt. 22).

4. On August 4, 2022, the Court lifted the stay. (Dkt. 47).

5. On July 21, 2022, Defendants filed their Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkts. 52-53).

6. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or motion for summary judgment. Defendants have neither answered Plaintiff's Class Action Complaint nor served a motion for summary judgment.

7. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated: July 28, 2022                                             Respectfully submitted,

                                                                 TAMACA BELL

                                                         By:     /s/ Timothy P. Kingsbury
                                                                 *One of Plaintiff's Attorneys*

Timothy P. Kingsbury
Andrew T. Heldut
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
aheldut@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2022, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury